
**FILED**
*9:15 am, 11/20/14*
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **DALE W. EATON**,<br><br>   Petitioner,<br><br>   vs.<br><br>**EDDIE WILSON, Warden, Wyoming Department of Corrections State Penitentiary**,<br><br>   Respondent. | Case No. 09-CV-261-J |

## JUDGMENT

This matter came before the Court upon a "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" filed, through counsel, by Dale W. Eaton, Petitioner. [Doc. 64]. The Court, having reviewed the Petition and subsequent pleadings, as well as the file herein, and being otherwise fully advised, has entered an Order Granting Conditional Writ of Habeas Corpus.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus shall be, and the same is

**GRANTED** subject to the conditions set forth in the Order Granting Conditional Writ of Habeas Corpus.

Dated this 20th day of November, 2014.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE